UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NADINE NZEUGA ROBINSON,

    Petitioner,

v.

A. DULGOV,

    Respondent.

Case No. 24-cv-00445 BLF (PR)

**ORDER OF DISMISSAL**

Petitioner, a state prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Dkt. No. 1.  The matter was originally before the Honorable Magistrate Judge Virginia DeMarchi.  On May 1, 2024, Judge DeMarchi dismissed the petition with leave to amend for Petitioner to address various deficiencies.  Dkt. No. 10.  Petitioner was warned that failure to respond by May 29, 2024, would result in the dismissal of this action without prejudice.  *Id.* at 6.  This matter was reassigned to the undersigned on June 5, 2024, after the time for responding passed without a response from Petitioner.  Dkt. No. 11.

The deadline has passed, and Petitioner has failed to file an amended petition in the time provided or other respond.  Accordingly, this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: __June 7, 2024_____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\HC.24\00445Robinson_dism(no amen pet)