UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE NZEUGA ROBINSON, | Case No. 24-cv-00445 BLF (PR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| A. DULGOV, | |
| Respondent. | |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated:  __June 7, 2024_____**

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\HC.24\00445Robinson_judgment